MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758
    Facsimile: (415) 436-6753
    E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-CR-0942-WHA |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| KEVIN DERRICOTT, | |
| Defendant. | |

    The parties respectfully submit this Stipulation and Proposed Order to request that the status conference scheduled for September 4, 2012, be continued until November 6, 2012, if the Court is available, and that time under the Speedy Trial Act be excluded until the new date. The parties hereby stipulate and agree to the following:

    1.    The defendant, Kevin Derricott, has been charged with conspiracy to commit bank and wire fraud, substantive wire fraud, and substantive bank fraud in the above-captioned indictment arising from his alleged participation in a scheme to acquire mortgage loans through fraud. The defendant made his initial appearance before the Court on July 10, 2012. At that appearance, Randy Sue Pollock, Esq., entered this case as the defendant's counsel.

    2.    On July 10, 2012, at the request of the parties, the Court continued the matter until

1  September 4, 2012 to allow Ms. Pollock to familiarize herself with this matter and to allow the
2  Government to prepare discovery.  Since then, the Government has loaded a massive amount of
3  discovery on to a one-terabyte hard drive for Ms. Pollock.  This discovery consists mostly of
4  bank documents relating to the various allegedly fraudulent loans attributable to the charged
5  scheme.
6       3.     Given the large volume of discovery and its complex nature, the parties
7  respectfully submit that a continuance until November 6, 2012 is necessary in order to allow Ms.
8  Pollock time to review the discovery.  Accordingly, the parties respectfully request that the
9  September 4, 2012 status conference be continued for this purpose.  Should the Court grant this
10 request, the parties agree that excluding time under the Speedy Trial Act until the continued date
11 would serve the interests of justice by insuring the effective representation of counsel.
12 SO STIPULATED.
13 DATED: September 4, 2012            MELINDA HAAG
                                       United States Attorney
14
15                                     By:  /s/
                                       W.S. Wilson Leung
16                                     Assistant United States Attorney
17
   DATED: September 4, 2012            By:  /s/
18                                     Randy Sue Pollock, Esq.
                                       Counsel for Kevin Derricott
19
20 SO ORDERED.
21 DATED: September _4_, 2012
                                       HON. WILLIAM ALSUP
22                                     United States District Judge