MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6758
   Facsimile: (415) 436-6753
   E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-CR-0942-WHA |
| ) | |
| v. ) | |
| ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING |
| KEVIN DERRICOTT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      The parties respectfully submit this Stipulation and Proposed Order to request that the status conference scheduled for November 6, 2012 be continued until late January 2013, depending on the Court's availability, and that time under the Speedy Trial Act be excluded until the new date. The parties hereby stipulate and agree to the following:

      1.     The defendant, Kevin Derricott, has been charged with conspiracy to commit bank and wire fraud, substantive wire fraud, and substantive bank fraud in the above-captioned indictment arising from his alleged participation in a scheme to acquire mortgage loans through fraud. The defendant made his initial appearance before the Court on July 10, 2012. At that appearance, Randy Sue Pollock, Esq., entered this case as the defendant's counsel.

      2.     On July 10, 2012, at the request of the parties, the Court continued the matter

1  until September 4, 2012 to allow Ms. Pollock to familiarize herself with this matter and to allow the Government to prepare discovery. Since then, the Government has loaded a massive amount of discovery on to a one-terabyte hard drive for Ms. Pollock. This discovery consists mostly of bank documents relating to the various allegedly fraudulent loans attributable to the charged scheme.

3. The defense, however, has had difficulty accessing the data on the hard drive. The Government believes that these difficulties arise from the security encryption protocols that the Government is required to use whenever it produces large amounts of electronic data on a device such as a hard drive: the defense's computer system seems to be incompatible with the Government's system. After exploring different ways to address this problem, the parties have settled on having the Government provide the encrypted hard drive to a third-party vendor that runs a computer system compatible with the Government's security protocols and that can access the hard drive. The third-party vendor will then reproduce the data to the defense in a form compatible with the defense's computer system.

4. Accordingly, given this unexpected computer problem, the parties respectfully request a further continuance of the next appearance, until late January 2013. Should the Court grant this request, the parties agree that excluding time under the Speedy Trial Act until the continued date would serve the interests of justice by insuring the effective representation of counsel.

SO STIPULATED.

DATED: October 25, 2012            MELINDA HAAG
                                   United States Attorney

                                   By: __/s/_____
                                   W.S. Wilson Leung
                                   Assistant United States Attorney

DATED: October 25, 2012            By: __/s/_____
                                   Randy Sue Pollock, Esq.
                                   Counsel for Kevin Derricott

**ORDER**

The Court is disappointed that counsel did not discover the encryption problem in a more timely way, but nonetheless will grant the motion. Please do not ask for another continuance based upon any need to review the hard drive of data. The status conference, previously scheduled for November 6, 2012, is hereby continued to January 22, 2012 at 2 p.m.

**SO ORDERED.**

DATED: October 26, 2012

HON. WILLIAM ALSUP
United States District Judge