1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Tel: (510)763-9967
   Fax: (510)272-0711
4  pollockesq@aol.com

5  Attorney for Defendant
   KEVIN DERRICOTT

6

7

8

9                    UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12                            –ooo–

13  UNITED STATES OF AMERICA,          No. CR. 11-0942-WHA

14               Plaintiff,

15  vs.                                STIPULATION AND ~~PROPOSED~~
                                       ORDER  TO CONTINUE
16                                     SENTENCING

17  KEVIN DERRICOTT, et al,            _____

18               Defendants.

19  _____/

20

        Defendant Kevin Derricott, by and through his counsel of record Randy Sue

21  Pollock, and Assistant United States Attorney Wilson Leung, hereby stipulate and agree

22  to continue the sentencing presently set for May 28, 2013, to June 11, 2013.   This

23  extension is at the request of defense counsel who will be out of the state from May 22-

24  May 28, 2013 and unable to comply with sentencing filing deadline dates.

25  ///

26  ///

27  ///

28

Probation Officer Charlie Mabie has no objection to this extension.


Dated:  April 28, 2013

/s/
_____
RANDY SUE POLLOCK
Attorney for Defendant
KEVIN DERRICOTT


Date:    April 28, 2013

/s/
_____
WILSON LEUNG
Assistant United States Attorney


SO ORDERED:

Dated:  April 29, 2013

_____
WILLIAM ALSUP
United States District Court Judge

2