RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Tel: (510)763-9967
Fax: (510)272-0711
pollockesq@aol.com

Attorney for Defendant
KEVIN DERRICOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN DERRICOTT, et al,<br><br>    Defendants.<br>_____/ | **No. CR. 11-0942-WHA**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING**<br>_____ |

   Defendant Kevin Derricott, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Wilson Leung, hereby stipulate and agree to continue the sentencing presently set for June 11, 2013 to July 9, 2013. This extension is at the request of defense counsel who received notice from the IRS on May 28, 2013 that a tax conference hearing in a tax evasion case in which she is counsel is scheduled with local IRS Counsel on June 11th.  Counsel needs additional time to prepare for that hearing as well as for the sentencing memorandum in this case.

Probation Officer Charlie Mabie has no objection to this extension and is able to be in court on July 9, 2013..

Dated:  May 31, 2013

                                            /s/
RANDY SUE POLLOCK
Attorney for Defendant
**KEVIN DERRICOTT**

Date:    May 31,  2013

                                       /s/
WILSON LEUNG
Assistant United States Attorney

**ORDER**

Pursuant to defense counsel's request and the parties' stipulation, the sentencing hearing in the above-captioned matter is hereby rescheduled for **JULY 2, 2013.**

SO ORDERED:

June 3, 2013

_____
WILLIAM ALSUP
United States District Court Judge

2