RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
KEVIN DERRICOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. 11-0942-WHA |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE PROGRESS HEARING** |
| KEVIN DERRICOTT, et al, | |
| Defendants. | |

Defendant Kevin Derricott, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Wilson Leung, hereby stipulate and agree to continue the progress hearing presently set for December 8, 2015, to December 15, 2015. This extension is at the request of defense counsel whose client will be testifying before the Honorable Charles R. Breyer in *United States vs. Chow*, CR. 14-0196. Counsel needs to be present during his testimony.

///

///

1  Probation Officer Alton Dural has no objection to this extension and will be present in court on December 15th.

Dated: December 6, 2015

/s/
RANDY SUE POLLOCK
Attorney for Defendant
**KEVIN DERRICOTT**

Date: December 6, 2015

/s/
WILSON LEUNG
Assistant United States Attorney

SO ORDERED:

<u>December 7</u>, 2015

WILLIAM A. ALSUP
United States District Court Judge

2